In the Matter of the Claim of IRENE MATCHESKY, Respondent, v. KENNEY FARMS, INC. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

In the Matter of the Claim of ANTHONY LISTOWSKI, Respondent, v. PITTSBURGH PLATE GLASS COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.